**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00925-CV

### HMS HOLDINGS CORP., HEALTH MANAGEMENT SYSTEMS, INC., AND HMS BUSINESS SERVICES, INC., Appellants

### V.

### PUBLIC CONSULTING GROUP, INC., JAMES GAMBINO, AND JASON RAMOS, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09047**

## ORDER

We **GRANT** appellee Public Consulting Group, Inc.'s September 24, 2015 unopposed motion to supplement the clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 2, 2015, a supplemental clerk's record containing the documents listed in the motion, which is attached.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and counsel for all parties.

/s/     CRAIG STODDART
            JUSTICE